AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Engelmayer, Paul A. | 2. Court or Organization<br><br>U.S. District Court, Southern District of New York | 3. Date of Report<br><br>09/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Centre Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Co-Executor | Estate #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/15/15 - 01/16/15 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 2. | Harvard Law School | 02/26/15 - 02/27/15 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 3. | United States District Court - SDNY | 04/12/15 - 04/15/15 | Cambridge, MA | Federal Judicial Center Seminar | Transportation, Meals and Lodging |
| 4. | United States District Court - SDNY | 06/10/15 - 06/12/15 | St. Paltz, NY | Second Circuit Judicial Conference | Transportation, Meals and Lodging |
| 5. | Harvard Law School | 10/07/15 - 10/08/15 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Sold (part) | 12/16/15 | L | | |
| 3. -Eaton Vance Structured Emerging Markets | C | Int./Div. | N | T | | | | | |
| 4. -Prudential Jennison Natural Resources Cl Z 1 | | None | L | T | | | | | |
| 5. -First Eagle Global Inst CL I | C | Int./Div. | N | T | | | | | |
| 6. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 7. -FPA Crescent Fund | E | Int./Div. | N | T | Buy | 01/21/15 | M | | |
| 8. -Coho Relative Value Eqty Fd Instl | E | Int./Div. | O | T | Buy | 01/21/15 | O | | |
| 9. -Energy Select Sector SPDR | D | Int./Div. | N | T | Buy | 01/21/15 | N | | |
| 10. -iShares MSCI Emerging Market Index Fund | A | Int./Div. | L | T | Buy | 12/17/15 | L | | |
| 11. Brokerage #2 (H) | | | | | | | | | |
| 12. -Schwab NY AMT Tax-Free Money Fund | | None | N | T | | | | | |
| 13. Brokerage #3 (H) | | | | | | | | | |
| 14. -iShare DJ Utility SEC IN | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 15. | | | | | Sold | 01/15/15 | M | | |
| 16. -Schwab NY AMT Tax-Free Money Fund | | None | | | | | | | |
| 17. -Consumer Stap SPDR | | None | | | Buy (add'l) | 01/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 01/15/15 | M | E | |
| 19. -Consumers Dis SS SPDR | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 20. | | | | | Sold | 01/15/15 | M | | |
| 21. iShares Tr Dow Jones US Technology SE | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 22. | | | | | Sold | 01/15/15 | M | D | |
| 23. -iShares Dow Jones Financial Sector | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 24. | | | | | Sold | 01/15/15 | M | | |
| 25. Brokerage #4 (H) | | | | | | | | | |
| 26. -Acadian Emerging Markets | | None | | | Sold | 02/13/15 | M | D | |
| 27. -BBH Core Select N | F | Int./Div. | O | T | | | | | |
| 28. -Berkshire Hathaway Inc Del Cl A | | None | P2 | T | | | | | |
| 29. -Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 30. -Wisdom Tree LargeCap Dividend | E | Int./Div. | O | T | | | | | |
| 31. -Prudential Jennison Natural Resources Fund Cl Z | | None | | | Sold | 02/13/15 | M | | |
| 32. -RS Global Natural Resources Cl Y | | None | K | T | Buy | 04/30/15 | K | | |
| 33. -First Eagle Global Inst CL I | D | Int./Div. | O | T | | | | | |
| 34. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GNMA II 000644 (36202AWD) | A | Int./Div. | J | T | | | | | |
| 36. -JPMorgan Strategic Income Opprts Sel | E | Int./Div. | O | T | Sold (part) | 02/02/15 | K | | |
| 37. | | | | | Sold (part) | 09/15/15 | J | | |
| 38. | | | | | Sold (part) | 10/26/15 | J | | |
| 39. -FPA Crescent Fund | D | Int./Div. | M | T | Buy (add'l) | 02/13/15 | J | | |
| 40. | | | | | Buy (add'l) | 02/23/15 | K | | |
| 41. -Energy Select Sector SPDR | D | Int./Div. | M | T | Buy | 02/13/15 | K | | |
| 42. | | | | | Buy (add'l) | 02/23/15 | L | | |
| 43. | | | | | Buy (add'l) | 03/02/15 | M | | |
| 44. -Parnassus Core Equity Fund-Institutional Shares | E | Int./Div. | N | T | Buy | 02/13/15 | K | | |
| 45. | | | | | Buy (add'l) | 03/02/15 | L | | |
| 46. | | | | | Buy (add'l) | 03/03/15 | M | | |
| 47. | | | | | Buy (add'l) | 04/30/15 | K | | |
| 48. -WCM Focused International Growth Instl | C | Int./Div. | N | T | Buy | 03/10/15 | N | | |
| 49. Brokerage #5 (H) | | | | | | | | | |
| 50. -Long Island Pwr Authn Y Elec Sys Rev (5426902H4) | C | Int./Div. | M | T | | | | | |
| 51. -Metropolitan Transn Auth NY Rev For (59259YRF8) | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -New York N Y Go Bds Subseries L-1 Fiscal (64966G4H2) | C | Int./Div. | M | T | | | | | |
| 53. -New York N Y Go Bds Ser. H (64966JJ80) | B | Int./Div. | L | T | | | | | |
| 54. -New York NY City Transitional Fin Auth Rev (64971QHR7) | C | Int./Div. | M | T | | | | | |
| 55. -New York N Y City Transitional Fin (64972HSF0) | C | Int./Div. | M | T | | | | | |
| 56. -New York N Y City Transitional Fin (64972HTM4) | C | Int./Div. | M | T | | | | | |
| 57. -New York St Dorm Auth Revs Non St (649906QE7) | C | Int./Div. | M | T | | | | | |
| 58. -New York St Dorm Auth Revs St (64990HFT2) | C | Int./Div. | L | T | | | | | |
| 59. -New York St Dorm Auth Revs St (64990HMQ0) | C | Int./Div. | M | T | | | | | |
| 60. -New York St Dorm Auth Revs St (64990HPC8) | C | Int./Div. | L | T | | | | | |
| 61. -New York St Twy Authst Pers Income Tax(650028RX3) | B | Int./Div. | L | T | | | | | |
| 62. -Triborough Brdg & Tunl Auth N Y Revs 05 (89602NZE7) | C | Int./Div. | L | T | | | | | |
| 63. -New York St Twy Authgen Rev Gen Rev Bds (650009YC1) | C | Int./Div. | M | T | Buy (add'l) | 04/23/15 | L | | |
| 64. -New York St Dorm Auth St Pers Income (64990ECG0) | C | Int./Div. | L | T | | | | | |
| 65. -New York NY Go Bds Ser. Fiscal 2014 D-1 (64966K3U5) | C | Int./Div. | M | T | | | | | |
| 66. -New York NY Go Bds Ser. Fiscal 2014 D-1 (64966K3X9) | C | Int./Div. | M | T | | | | | |
| 67. -New York St Dorm Auth Sales Tax Rev (64990AAL9) | C | Int./Div. | M | T | | | | | |
| 68. -New York City Transitional (64971QXQ1) | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 70. -Metropolitan Trans Auth NY Dedicated (59259NR54) | C | Int./Div. | M | T | | | | | |
| 71. -New York ST Dorm Auth Rev Non ST (649906PS7) | C | Int./Div. | M | T | | | | | |
| 72. -Triborough Brdg & Tunl Auth NY Revs (89602NYB4) | C | Int./Div. | L | T | | | | | |
| 73. -New York NY City Transitional Fin (64972HTN2) | | None | M | T | | | | | |
| 74. -New York St Dorm Auth Revs St (64990HFT2) | | None | M | T | Buy | 07/06/15 | M | | |
| 75. | | | | | Buy (add'l) | 07/17/15 | L | | |
| 76. -New York St Dorm Auth St Pers Income (64990EDF1) | C | Int./Div. | M | T | Buy | 04/21/15 | L | | |
| 77. | | | | | Buy (add'l) | 04/30/15 | K | | |
| 78. -New York St Dorm Auth St Pers Income (64990EX85) | | None | L | T | Buy | 09/29/15 | L | | |
| 79. IRA #1 (H) | | | | | | | | | |
| 80. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 81. -RS Global Natural Resources Cl Y | | None | J | T | | | | | |
| 82. -BBH Core Select N | C | Int./Div. | K | T | Buy (add'l) | 05/06/15 | J | | |
| 83. -First Eagle Global Inst Cl I | A | Int./Div. | K | T | | | | | |
| 84. -Scout Unconstrained Bond | | None | K | T | | | | | |
| 85. IRA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 87. -RS Global Natural Resources Cl Y | | None | J | T | | | | | |
| 88. -BBH Core Select N | B | Int./Div. | K | T | Buy (add'l) | 05/06/15 | J | | |
| 89. -First Eagle Global Inst Cl I | | None | J | T | | | | | |
| 90. -Scout Unconstrained Bond Instl | | None | K | T | | | | | |
| 91. IRA #4 (H) | | | | | | | | | |
| 92. -RS Global Natural Resources Cl Y | | None | J | T | | | | | |
| 93. -Scout Unconstrained Bond Instl | B | Int./Div. | M | T | Sold (part) | 12/10/15 | J | | |
| 94. IRA #5 (H) | | | | | | | | | |
| 95. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 96. -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | Sold (part) | 12/10/15 | J | | |
| 97. IRA #6 (H) | | | | | | | | | |
| 98. -Balestra Global Ltd | | None | | | Sold | 4/10/15 | K | | |
| 99. -Definitive Guardian Fund, Ltd. | | None | K | T | Sold (part) | 4/23/15 | O | | |
| 100. -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 101. -FPA Crescent Fund | D | Int./Div. | M | T | | | | | |
| 102. -RS Global Natural Resources Cl Y | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -BlackGold Opportunity Offshore Fund, LTD | | None | N | T | Buy | 07/01/15 | N | | |
| 104. -JPMorgan Strategic Income Opports Sel | C | Int./Div. | M | T | Buy | 07/10/15 | M | | |
| 105. Trust #1 (H) | | | | | | | | | |
| 106. -Aberdeen Emerging Markets Instl | | None | | | Sold | 12/16/15 | J | | |
| 107. -BBH Core Select N | B | Int./Div. | K | T | Buy (add'l) | 01/16/15 | J | | |
| 108. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 109. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 110. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 111. -GRT Value Fund Advisor Class | | None | | | Sold | 04/29/15 | J | B | |
| 112. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 113. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 114. -First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 115. -Schwab Municipal Money Fund Sweep Shares | | None | J | T | | | | | |
| 116. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | | | | | |
| 117. -Virtus Premium AlphaSector CL I | | None | | | Sold | 01/15/15 | K | | |
| 118. -Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 119. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy | 01/15/15 | K | | |
| 121. -Energy Select Sector SPDR | | None | J | T | Buy | 04/30/15 | J | | |
| 122. -FPA Crescent | A | Int./Div. | J | T | Buy | 01/16/15 | J | | |
| 123. -iShares MSCI Emerging Market Index Fund | | None | J | T | Buy | 12/17/15 | J | | |
| 124. Trust #2 (H) | | | | | | | | | |
| 125. -Aberdeen Emerging Markets Instl | | None | | | Sold | 12/16/15 | J | | |
| 126. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 127. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 128. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 129. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 130. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 131. -First Eagle Global Inst CL I | | None | J | T | | | | | |
| 132. -Schwab Municipal Money Fund Sweep Shares | | None | J | T | | | | | |
| 133. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | | | | | |
| 134. -Virtus Premium AlphaSector CL I | | None | | | Sold | 01/15/15 | K | | |
| 135. -BBH Core Select N | A | Int./Div. | J | T | Buy (add'l) | 01/16/15 | J | | |
| 136. -Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |
| 138. -Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy | 01/15/15 | K | | |
| 139. -FPA Crescent | A | Int./Div. | J | T | Buy | 01/16/15 | J | | |
| 140. -iShares MSCI Emerging Market Index Fund | | None | J | T | Buy | 12/17/15 | J | | |
| 141. UTMA #1 (H) | | | | | | | | | |
| 142. -Aberdeen Emerging Markets Instl | | None | J | T | | | | | |
| 143. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 144. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 145. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 146. -First Eagle Global Inst CL I | | None | J | T | | | | | |
| 147. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | Sold (part) | 09/16/15 | J | | |
| 148. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 149. -Energy Select Sector SPDR | | None | J | T | Buy | 09/17/15 | J | | |
| 150. UTMA #2 (H) | | | | | | | | | |
| 151. -Aberdeen Emerging Markets Instl | | None | J | T | | | | | |
| 152. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 153. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 155. -First Eagle Global Inst CL 1 | A | Int./Div. | K | T | | | | | |
| 156. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 157. UTMA #3 (H) | | | | | | | | | |
| 158. -Aberdeen Emerging Markets Instl | | None | J | T | | | | | |
| 159. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 160. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 161. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 162. -First Eagle Global Inst CL 1 | | None | J | T | | | | | |
| 163. -Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | Sold (part) | 09/16/15 | J | | |
| 164. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 165. -Energy Select Sector SPDR | | None | J | T | Buy | 09/17/15 | J | | |
| 166. UTMA #4 (H) | | | | | | | | | |
| 167. -Aberdeen Emerging Markets Instl | | None | J | T | | | | | |
| 168. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 169. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 170. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 172. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 173. 529 Plan #1 (H) | | | | | | | | | |
| 174. -New York Saves Growth Stock Index Portfolio | | None | J | T | | | | | |
| 175. -New York Saves Interest Accumulation Index Portfolio | | None | L | T | | | | | |
| 176. -New York Saves Value Stock Index Portfolio | | None | J | T | | | | | |
| 177. -New York Saves Bond Market Index Portfolio | | None | K | T | | | | | |
| 178. 529 Plan #2 (H) | | | | | | | | | |
| 179. -New York Saves Interest Accumulation Portfolio | | None | M | T | | | | | |
| 180. -New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 181. -New York Saves Developed Markets Income Portfolio | | None | K | T | | | | | |
| 182. - New York Saves Aggressive Growth Portfolio | | None | L | T | | | | | |
| 183. 529 Plan #3 (H) | | | | | | | | | |
| 184. -New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 185. -New York Saves Developed Markets Income Portfolio | | None | K | T | | | | | |
| 186. -New York Interest Accumulation Portfolio | | None | M | T | | | | | |
| 187. -New York Aggressive Growth Portfolio | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 529 Plan #4 (H) | | | | | | | | | |
| 189. -New York Saves Growth Stock Index Portfolio | | None | K | T | | | | | |
| 190. -New York Saves Interest Accumulation Portfolio | | None | L | T | | | | | |
| 191. -New York Saves Value Stock Index Portfolio | | None | K | T | | | | | |
| 192. -New York Saves Bond Market Index Portfolio | | None | K | T | | | | | |
| 193. Teachers Retirement System of NY 403(b) #1 (H) | | | | | | | | | |
| 194. -Diversified Equity | | None | M | T | | | | | |
| 195. -Stable Value | | None | M | T | Buy (add'l) | 03/31/15 | L | | |
| 196. -International Equity | | None | L | T | | | | | |
| 197. -Inflation Protection | | None | | | Sold | 03/31/15 | L | | |
| 198. Citibank Checking Account | A | Interest | K | T | | | | | |
| 199. Chase Checking Account | | None | M | T | | | | | |
| 200. Real Estate Parcels (H) | | | | | | | | | |
| 201. Westchester County Real Estate Parcel #1 Westchester Co., NY | | None | | | Sold | 02/04/15 | N | G | David G. Rabkin, Trustee |
| 202. Westchester Co Real Estate Parcel #3 Westchester Co, NY | | None | | W | Sold | 1/30/15 | M | | Lesa & Ernest L. Vogliano |
| 203. Westchester Co Real Estate Parcel #6 Westchester Co, NY | | None | | W | Sold | 1/30/15 | M | F | Lesa & Ernest L. Vogliano |
| 204. Real Estate Investment Partnerships (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. TC Albuquerque- Private Estate Partnership | A | Rent | K | W | | | | | |
| 206. Estate #2 - Brokerage A (H) | | | | | | | | | |
| 207. -Dreyfus Opportunistic Small Cap Fund | | None | | | Sold | 11/23/15 | M | | |
| 208. -Dreyfus Technology Growth Fund-Cl A | | None | | | Sold | 11/23/15 | K | C | |
| 209. -Dynamic Total Return Fund-Class A | | None | | | Sold | 11/23/15 | M | E | |
| 210. Estate #2 - Checking Account A (H) | | | | | | | | | |
| 211. -Chase Checking Account | | None | M | T | | | | | |
| 212. Estate #2 - Real Estate Parcels (H) | | | | | | | | | |
| 213. -Westchester Co Real Estate Parcel #1 Westchester Co, NY | | None | | | Sold | 02/04/15 | K | | David G. Rabkin, Trustee |
| 214. -Westchester Co Real Estate Parcel #4 Westchester Co, NY | | None | | | Sold | 01/30/15 | M | | Lesa & Ernest L. Vogliano |
| 215. -Westchester Co Real Estate Parcel #5 Westchester Co, NY | | None | | | Sold | 01/30/15 | O | | Lesa & Ernest L. Vogliano |
| 216. -Westchester Co Real Estate Parcel #6 Westchester Co, NY | | None | | | Sold | 01/30/15 | M | | Lesa & Ernest L. Vogliano |
| 217. -Westchester Co Real Estate Parcel #7 Westchester Co, NY | | None | | | Sold | 12/01/15 | K | E | Lois & Kenneth Lippmann |
| 218. Estate # 2- Private Company Investment (H) (x) | | | | | | | | | |
| 219. Manhattan Wine Company (x) | | None | | | Sold | 12/31/15 | K | E | Matthew & Lindsay Garrison |
| 220. Brokerage #7 (H) | | | | | | | | | |
| 221. -CapitalSpring Direct Lending Partners, LP (Priv Equity) | E | Distribution | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Brokerage #8 (H) | | | | | | | | | |
| 223. -Baron Growth | B | Int./Div. | K | T | | | | | |
| 224. -BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 225. -Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 226. -BlackRock Global Allocation I | D | Int./Div. | M | T | | | | | |
| 227. -East Hampton Twn N Ypub Impt Go Bds Ser. (272731XQ8) | A | Int./Div. | J | T | | | | | |
| 228. -Fidelity Contrafund | C | Int./Div. | L | T | | | | | |
| 229. -Fidelity Low-Priced Stock Fund | B | Int./Div. | K | T | | | | | |
| 230. -Ivy Asset Strategy Cl I | | None | | | Sold | 04/29/15 | M | D | |
| 231. -New York N Y City Transitional Fin (64971K3T1) | A | Int./Div. | | | Matured | 11/01/15 | K | | |
| 232. -New York St Go Bds Ser. 2005 A (649787K80) | A | Int./Div. | | | Redeemed | 04/20/15 | K | | |
| 233. -Royce Total Return Fund | C | Int./Div. | K | T | | | | | |
| 234. -SPDR S&P 500 ETF | A | Int./Div. | K | T | | | | | |
| 235. -SPDR S&P Midcap 400 ETF Tr Unit | A | Int./Div. | K | T | | | | | |
| 236. -Tweedy Browne Global Value Fund | B | Int./Div. | K | T | | | | | |
| 237. -Schwab NY AMT Tax-Free Money Fund | | None | K | T | | | | | |
| 238. IRA #7 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Aberdeen Emerging Markets Instl | C | Int./Div. | M | T | | | | | |
| 240. -BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 241. -First Eagle Global Inst Cl I | C | Int./Div. | N | T | | | | | |
| 242. -Scout Unconstrained Bond Instl | B | Int./Div. | N | T | Sold (part) | 12/10/15 | K | | |
| 243. -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 244. IRA #8 (H) | | | | | | | | | |
| 245. -BBH Core Select N | C | Int./Div. | L | T | | | | | |
| 246. -First Eagle Global Inst Cl I | A | Int./Div. | L | T | | | | | |
| 247. -Scout Unconstrained Bond Instl | A | Int./Div. | L | T | Sold (part) | 12/10/15 | J | | |
| 248. Trust #3 (H) | | | | | | | | | |
| 249. -SPDR S&P 500 ETF Trust | A | Int./Div. | J | T | Sold (part) | 10/15/15 | J | B | |
| 250. -SPDR S&P Midcap 400 ETF Trust | A | Int./Div. | K | T | | | | | |
| 251. -Spartan Total Market Index Fid Advantage Class | A | Int./Div. | J | T | Buy (add'l) | 1/22/15 | J | | |
| 252. | | | | | Sold (part) | 10/16/15 | J | B | |
| 253. -Fidelity Contrafund | A | Int./Div. | K | T | | | | | |
| 254. -Fidelity Low Priced Stock | A | Int./Div. | J | T | Sold (part) | 10/16/15 | J | A | |
| 255. -BBH Core Select N | A | Int./Div. | J | T | Sold (part) | 10/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. –Baron Growth Fund Retail Shares | A | Int./Div. | J | T | Sold (part) | 10/15/16 | J | | |
| 257. –BlackRock Global Allocation Fd Instl | A | Int./Div. | J | T | Sold (part) | 10/16/15 | J | A | |
| 258. –Ivy Asset Strategy Fund Cl I | | | | T | Sold | 02/02/15 | J | A | |
| 259. –Royce Total Return Fd Investment Cl | | Int./Div. | | T | Sold | 11/23/15 | J | B | |
| 260. –Tweedy Browne Global Value Fund | A | Int./Div. | J | T | Sold (part) | 10/16/15 | J | B | |
| 261. –Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | J | T | Sold (part) | 10/16/15 | J | A | |
| 262. –Vanguard Limitd Term Tax Exempt Admiral | A | Int./Div. | J | T | | | | | |
| 263. –Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 264. –Baron Growth Fund Instl Class | | Int./Div. | | T | Sold | 10/16/16 | J | | |
| 265. –BlackRock Strategic Muni Opportunities I | A | Int./Div. | K | T | Buy (add'l) | 02/02/15 | J | | |
| 266. | | | | | Sold (part) | 10/16/15 | J | | |
| 267. –Deutsche Intermediate Tax/Amt Free Fd Inst | A | Int./Div. | J | T | Buy | 1/22/15 | J | | |
| 268. | | | | | Sold (part) | 10/16/15 | J | | |
| 269. –Spartan 500 Index FD Advantage Class | A | Int./Div. | K | T | Buy | 02/02/15 | J | | |
| 270. | | | | | Sold | 10/19/15 | J | A | |
| 271. iShares Core S&P Small Cap ETF | | Int./Div. | J | T | Buy | 11/20/15 | J | | |
| 272. Trust #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Chase Checking Account | | None | J | T | | | | | |
| 274. UTMA (#5) (H) | | | | | | | | | |
| 275. -SPDR Series Trust Barclays 1-3 Month T-Bill | | None | J | T | | | | | |
| 276. -Wisdom Tree LargeCap Dividend Fund | | None | J | T | | | | | |
| 277. -JPMorgan Strategic Income Opports. Sel. | | None | J | T | | | | | |
| 278. -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 279. UTMA (#6) (H) | | | | | | | | | |
| 280. -First Trust Dow Jones Internet Index | | None | J | T | | | | | |
| 281. -SPDR Series Trust Barclays 1-3 Month T-Bill | | None | J | T | | | | | |
| 282. -Wisdom Tree LargeCap Dividend Fund | | None | J | T | | | | | |
| 283. -JPMorgan Strategic Income Opports. Sel. | | None | J | T | | | | | |
| 284. -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 285. Trust #5 (H) | | | | | | | | | |
| 286. -Aberdeen Emerging Markets Instl | | None | | | Sold | 12/16/15 | J | | |
| 287. -BBH Core Select N | B | Int./Div. | K | T | | | | | |
| 288. -Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 289. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Credit Suisse Floating Rate Hi Inc | A | Int./Div. | K | T | | | | | |
| 291. -First Eagle Global Inst CL I | A | Int./Div. | K | T | | | | | |
| 292. -GRT Value Fund Advisor Class | | None | | | Sold | 04/29/15 | J | B | |
| 293. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 294. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 295. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 296. -Scout Unconstrained Bond Instl | | None | J | T | | | | | |
| 297. -Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | | | | | |
| 298. -Virtus Premium AlphaSector Cl I | | None | | | Sold | 01/15/15 | J | | |
| 299. -WisdomTree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 300. -WisdomTree MidCap Dividend Fund | | None | J | T | | | | | |
| 301. -Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy | 01/15/15 | K | | |
| 302. -Energy Select Sector SPDR | A | Int./Div. | K | T | Buy | 01/16/15 | K | | |
| 303. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 304. -FPA Crescent | B | Int./Div. | K | T | Buy | 01/16/15 | K | | |
| 305. -iShares MSCI Emerging Market Index Fund | | None | J | T | Buy | 12/17/15 | J | | |
| 306. Trust #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Aberdeen Emerging Markets Instl | | None | | | Sold | 12/16/15 | J | | |
| 308. -BBH Core Select N | C | Int./Div. | K | T | | | | | |
| 309. -Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 310. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | | | | | |
| 311. -Credit Suisse Floating Rate Hi Inc | A | Int./Div. | K | T | | | | | |
| 312. -First Eagle Global Inst CL I | A | Int./Div. | L | T | | | | | |
| 313. -GRT Value Fund Advisor Class | | None | | | Sold | 04/29/15 | J | B | |
| 314. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 315. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 316. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 317. -Scout Unconstrained Bond Instl | | None | J | T | | | | | |
| 318. -Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | | | | | |
| 319. -Virtus Premium AlphaSector Cl I | | None | | | Sold | 01/15/15 | K | | |
| 320. -WisdomTree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 321. -WisdomTree MidCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 322. -Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy | 01/15/15 | K | | |
| 323. -Energy Select Sector SPDR | A | Int./Div. | K | T | Buy | 01/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 325.  -FPA Crescent | B | Int./Div. | K | T | Buy | 01/16/15 | K | | |
| 326.  -iShares MSCI Emerging Market Index Fund | | None | J | T | Buy | 12/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 09/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544